# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

      **Plaintiff,**      Case No. 98-CR-17

 v.

**TYRONE LOWE,**

      **Defendant.**

## SEALING ORDER

  Upon consideration of the government's Motion to Seal and the accompanying document submitted by the government on August 18, 2005 in the above-captioned matter, the Court finds that this matter is appropriately kept under seal and, therefore,

  **ORDERS** that the Clerk of Court accept for filing under seal the submission made by the government under the above-captioned matter for a period of one year, or until further order of the court.

  Dated at Milwaukee, Wisconsin this 18th day of August 2005.

            By the Court:

            s/ Rudolph T. Randa
            HON. RUDOLPH T. RANDA
            Chief Judge